**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.   13 CV 3795 |
| KELLY ELECTRICAL SERVICES, INC., an Illinois Corporation, and KELLY A. GNADT, individually, and SCOTT GNADT, Individually, | ) ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR DEFAULT AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, Trustees of the Pension, Welfare and Vacation Fringe Benefit Funds of IBEW Local 701 (the "Funds"), by one of their attorneys, JOHN F. ETZKORN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter Judgment in a Sum Certain in favor of Plaintiffs and against Defendants, KELLY ELECTRICAL SERVICES, INC. ("Kelly"), and KELLY A. GNADT, Individually ("K. Gnadt"), in the amount of $54,547.59.

In support of their motion, thereof, Plaintiffs state as follows:

1. This case was filed on May 22, 2013.

2. Pursuant to the Returns of Service previously filed herein, Defendants KELLY ELECTRICAL SERVICES, INC. ("Kelly"), and KELLY A. GNADT, Individually ("K. Gnadt") were served on June 3, 2013 and Defendants have neither appeared nor answered herein within the time allowed by law.

3.     Pursuant to the Affidavit of Corey Bilkey, Funds' auditor, attached hereto, delinquent contributions are due in the amount of $49,662.59 based on an audit of the books and records of Kelly.

4.     Pursuant to the Affidavit of John F. Etzkorn, attached hereto, the Plaintiffs have incurred $4,885.00 in reasonable attorneys' fees and costs in the course of prosecuting this action, and such fees and costs are required to be paid by Defendants pursuant to the applicable trust agreements and pursuant to ERISA at 29 U.S.C. Section 1132(g)(2).

WHEREFORE, Plaintiffs request this Court for relief as follows:

A.     Enter judgment in favor of Plaintiffs and against Defendants, Kelly and K. Gnadt, in the sum of $54,547.59 consisting of delinquency of $44,091.09 for contributions due under an audit for the period from March 1, 2012 through May 31, 2013, plus $4,409.11 for liquidated damages, plus $1,162.39 for audit costs, plus $4,885.00 for attorney's costs.

B.     This Court grant such other relief as it deems equitable and just under the circumstances.

TRUSTEES OF THE PENSION,
WELFARE AND VACATION FRINGE
BENEFIT FUNDS OF IBEW LOCAL 701,

By:      s/ John F. Etzkorn
        One of their Attorneys

John F. Etzkorn
ARNOLD AND KADJAN
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601
(312) 236-0415